UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR VELASQUEZ, an individual, on behalf of himself and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUN-MAID GROWERS OF CALIFORNIA,<br><br>Defendant. | Case No. 1:21-cv-00194-AWI-EPG<br><br>ORDER GRANTING STIPULATION TO STAY CASE AND VACATING SCHEDULING ORDER<br><br>(ECF Nos. 17, 22) |

On December 22, 2021, the parties submitted a stipulation requesting to stay this case and continue the deadline for filing a motion for class certification in light of a related case pending in state court. (ECF No. 22.) Having considered the parties' stipulation, IT IS HEREBY ORDERED that:

1. This action is STAYED until issuance of a ruling on the motion for class certification filed in *David Diaz v. Sun-Maid Growers of California,* Case No. 18CECG04502, pending before the Fresno County Superior Court (the "*Diaz* Action");

2. The Scheduling Order entered on June 16, 2021 (ECF No. 17) is VACATED;

3. Within seven days after the state court issues an order on the pending motion for class certification in the *Diaz* Action, the parties shall provide a joint status report advising

1

the Court of the status of this case and the *Diaz* Action, as well as the parties' proposal(s) for rescheduling the remainder of this lawsuit or otherwise terminating the lawsuit;

4. Within six months of entry of this order, if the state court has not yet issued a ruling on the motion for class certification, the parties shall file a joint status report advising the Court of the status of the *Diaz* Action and the parties' positions on continuing the stay; and

5. The Court reserves the right to lift the stay to the extent there is undue delay with the *Diaz* Action.

IT IS SO ORDERED.

Dated:  **January 3, 2022**         /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE