UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR VELASQUEZ, *an individual on behalf of himself and on behalf of all persons similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>SUN-MAID GROWERS OF CALIFORNIA,<br><br>Defendant. | Case No.  1:21-cv-00194-JLT-EPG<br><br>ORDER RE: STIPULATION OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)<br><br>(ECF No. 31). |

On December 19, 2023, the parties filed a joint stipulation for dismissal without prejudice as to Plaintiff's individual claims and/or individual causes of action and without prejudice as to the claims and/or causes of action brought on behalf of the putative class, with each party to bear its own attorneys' fees and costs.[1] (ECF No. 31). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed without prejudice as to Plaintiff's individual claims and without prejudice as to the putative class claims, with each party to bear its own attorneys' fees and costs.

\\\

---

[1] The Court notes that no class has been certified in this case or certified for the purposes of class settlement. Further, the parties' stipulation indicates that "no notice has gone out to any putative class members employed by Defendant during the proposed class period." (ECF No. 31, p. 3).

1

Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **December 21, 2023**          /s/ Eric P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE